JAMES G. TREMAINE, Respondent, *v.* WILLIAM P. HAINES, Appellant.

PER CURIAM. The theory upon which the complaint was framed, the case tried and the matter submitted to the jury was one of employment of the plaintiff

by the defendant. The finding of the jury for the plaintiff on this theory was contrary to and against the weight of the evidence. All concur. Judgment and order reversed on the law and facts, with costs, and complaint dismissed, with costs.